UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DREW WEAVER, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br>vs.<br><br>NOVELOS THERAPEUTICS, INC., and HARRY S. PALMIN,<br><br>      Defendants. | C.A. No. 10-10394-NMG |

## MOTION TO CLARIFY TIME TO RESPOND TO COMPLAINT

This is a purported securities class action subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified in 15 U.S.C. § 78u-4(a)(3) (the "PSLRA"). Under the PSLRA, defendants do not answer, move, or otherwise respond to a complaint until a lead plaintiff has been appointed by the court and the lead plaintiff has had the opportunity to file a consolidated and amended class action complaint, if that is appropriate. As of the date hereof, the Court has not appointed a lead plaintiff.

Defendants propose that they not be required to answer, move, or otherwise respond to the amended complaint, if one is filed, until forty-five (45) days after it is filed, or to the complaint, if an amended complaint is not filed, until forty-five (45) days after the date the lead plaintiff appointed by the Court affirms that it will not file an amended complaint, if it does so. Defendants also propose that in the event that the Defendants initially respond to the complaint or amended complaint, as the case may be, by filing a motion to dismiss, the lead plaintiff shall, within forty-five (45) days from the filing of the motion to dismiss, serve any memorandum of law in opposition to the motion, and Defendants shall, within thirty (30) days from the filing of the opposition to a motion to dismiss, serve any reply memorandum of law.

Defendants hereby acknowledge service, receipt and sufficiency of process.

WHEREFORE, Defendants respectfully move that:

(1) They not be required to answer, move, or otherwise respond to the amended complaint, if one is filed, until forty-five (45) days after it is filed, or answer, move, or otherwise respond to the complaint, if an amended complaint is not filed, until forty-five (45) days after the date the lead plaintiff appointed by the Court affirms that it will not file an amended complaint; and

(2) In the event that the Defendants file a motion to dismiss, the lead plaintiff appointed by the Court shall, within forty-five (45) days from the filing of the Defendants' motion to dismiss, serve any memorandum of law in opposition to the motion to dismiss, and Defendants shall, within thirty (30) days from the service of the opposition to a motion to dismiss, serve any reply memorandum of law.

        Respectfully submitted,

        NOVELOS THERAPEUTICS, INC. AND
        HARRY S. PALMIN

        By their attorneys,

        /s/ Matthew C. Baltay
        Brandon F. White, Esq., BBO # 525020
        Matthew C. Baltay, Esq., BBO # 638722
        FOLEY HOAG LLP
        155 Seaport Blvd.
        Boston, MA 02210-2600
Dated:  April 7, 2010        (617) 832-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on today's date.

/s/ Matthew C. Baltay

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), I have conferred with counsel of record for Plaintiff regarding the issues presented in this motion and was unable to reach resolution in time for filing.

/s/ Matthew C. Baltay