**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DREW WEAVER, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br>vs. )<br><br>NOVELOS THERAPEUTICS, INC., and HARRY S. PALMIN, )<br><br>Defendants. ) | Civil Action No. 1:10-CV-10394-NMG |

## MOTION OF THE NVLT INVESTOR GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

The NVLT Investor Group ("NVLT Group" or "Movant") respectfully moves this Court for an order: (1) appointing the NVLT Group as the Lead Plaintiff in this Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and (2) approving the NVLT Group's selection of the law firm of Brower Piven, A Professional Corporation ("Brower Piven"), as Lead Counsel for the Class and approving the law firm of Berman DeValerio as Liaison Counsel for the Class.

The NVLT Group makes this Motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because: (1) the NVLT Group has incurred a loss of approximately $99,598.18, the largest financial interest in the relief sought by the Class, as a result of the NVLT Group's purchases of Novelos Therapeutics, Inc. common stock during the Class Period, and (2) the NVLT Group satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.

The NVLT Group further requests that the Court approve its selection of Brower Piven as Lead Counsel for the Class and approve Berman DeValerio as Liaison Counsel for the Class. Brower Piven has actively investigated the allegations raised against Defendants. Further, Brower Piven and Berman DeValerio have not only prosecuted complex securities fraud actions, but have also successfully prosecuted many other types of complex class actions as lead and/or class counsel.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum in Support of the Motion of the NVLT Investor Group to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel and the Declaration of Yelena Trepetin in Support of the Motion of the NVLT Investor Group to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum in Support of the Motion of the NVLT Investor Group to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel and the Declaration of Yelena Trepetin in Support of the Motion of the NVLT Investor Group to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel, submitted herewith, the NVLT Group respectfully requests that this Court: (1) appoint the NVLT Group as the Lead Plaintiff; (2) approve the NVLT Group's selection of Brower Piven as Lead Counsel for the Class and Berman DeValerio as Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: May 4, 2010

Respectfully submitted,

**BERMAN DEVALERIO**

  /s/ Jeffrey C. Block
Jeffrey C. Block (BBO 600747)
One Liberty Square
Boston, Massachusetts  02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Proposed Liaison Counsel for the Class*

**BROWER PIVEN**
  A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300

**BROWER PIVEN**
  A Professional Corporation
Charles J. Piven
Yelena Trepetin
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300

*Counsel for the NVLT Investor Group and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Jeffrey C. Block, hereby certify that the Motion Of The NVLT Investor Group To Be Appointed Lead Plaintiff And To Approve Proposed Lead Plaintiff's Choice of Counsel filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2010.

  /s/ Jeffrey C. Block
Jeffrey C. Block (BBO 600747)