## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DREW WEAVER, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:10-CV-10394-NMG |
| vs. | ) ) | |
| NOVELOS THERAPEUTICS, INC., and HARRY S. PALMIN, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## WITHDRAWAL OF MOTION OF THE NVLT INVESTOR GROUP TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

The NVLT Investor Group, by and through its counsel, hereby withdraws its motion for appointment as Lead Plaintiff and selection of Lead Counsel.

On May 4, 2010, the NVLT Investor Group moved this Court for an order: (1) appointing the NVLT Investor Group as Lead Plaintiff in this Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and (2) approving the NVLT Investor Group's selection of the law firm of Brower Piven, A Professional Corporation, as Lead Counsel for the Class and approving the law firm of Berman DeValerio as Liaison Counsel for the Class.

In light of the financial losses alleged by the other lead plaintiff movants in this Action, it does not appear that the NVLT Investor Group has the largest financial interest in this litigation. This withdrawal shall have no effect on, and is without prejudice to, the NVLT Investor Group's

members' rights as members of the proposed class, including, but not limited to the right to share

in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: May 18, 2010                         Respectfully submitted,

                                            **BERMAN DEVALERIO**

                                            */s/ Jeffrey C. Block*
                                            Jeffrey C. Block (BBO #600747)
                                            One Liberty Square
                                            Boston, Massachusetts  02109
                                            Telephone: (617) 542-8300
                                            Facsimile: (617) 542-1194

                                            *Proposed Liaison Counsel for the Class*

                                            **BROWER PIVEN**
                                              A Professional Corporation
                                            David A.P. Brower
                                            488 Madison Avenue
                                            Eighth Floor
                                            New York, New York 10022
                                            Telephone: (212) 501-9000
                                            Facsimile:  (212) 501-0300

                                            **BROWER PIVEN**
                                              A Professional Corporation
                                            Charles J. Piven
                                            Yelena Trepetin
                                            1925 Old Valley Road
                                            Stevenson, Maryland 21153
                                            Telephone: (410) 332-0030
                                            Facsimile:  (410) 685-1300

                                            *Counsel for the NVLT Investor Group and*
                                            *Proposed Lead Counsel for the Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this Withdrawal of Motion of the NVLT Investor Group to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronically mailed to those indicated as non-registered participants on May 18, 2010.

*/s/ Jeffrey C. Block*
Jeffrey C. Block