**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETS**

| | |
|---|---|
| DREW WEAVER, On Behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br><br>vs.<br><br>NOVELOS THERAPEUTICS, INC., and HARRY S. PALMIN,<br>Defendants. | Case No. 1:10-CV-10394-NMG<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF FRANK C. VERK FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL** |

Please take notice that Frank C. Verk withdraws his Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead And Liaison Counsel filed in this Court on May 4, 2008.

Dated: May 18, 2010                    Respectfully submitted,

/s/ Thomas G. Shapiro_____
Thomas G. Shapiro
Adam M. Stewart
Shapiro Haber & Urmy LLP
53 State Street
Boston MA, 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

**THE BRUALDI LAW FIRM, P.C.**
Richard B. Brualdi
David Titus
29 Broadway, 24th Floor
New York, NY 10006
Tel:  (212) 952-0602
Fax:  (212) 952-0608

*Counsel for Movant Frank C. Verk*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 18, 2010.

                                              /s/ Thomas G. Shapiro_____
                                              Thomas G. Shapiro